```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 00171
   STACEY R NORRIS
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-8512


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/09/06 and confirmed on 03/10/06.

     2.  The case was dismissed after confirmation, 11/16/2007.

     3.  The Debtor paid a total of $   7377.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PAYDAY LOAN STORE | SECURED VEHIC | 500.00 | 18.37 | 500.00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 581.00 | .00 | 61.44 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BEACH PARK ANIMAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY SVCS | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| BENNETT & DELONEY PC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 812.13 | .00 | 85.89 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 2305.00 | .00 | 243.77 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EXCEL EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 838.62 | .00 | 88.68 |
| GUARANTY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 15550.00 | .00 | 1644.49 |
| LAKE COUNTY HOUSING AUTH | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 81.98 | .00 | 8.68 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | NOT FILED | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| PATIENT FIRST | UNSECURED | 1421.00 | .00 | 150.27 |

```
PAYDAY LOAN STORE         UNSECURED      NOT FILED            .00          .00
PEOPLES GAS               UNSECURED            .00            .00          .00
PLAINS COMMERCE BK        UNSECURED      NOT FILED            .00          .00
SALLIE MAE SERVICING COR  UNSECURED        4723.79            .00       499.56
SAGE TELECOM              UNSECURED      NOT FILED            .00          .00
SBC AMERITECH             UNSECURED      NOT FILED            .00          .00
SPRINT PCS                UNSECURED      NOT FILED            .00          .00
USA PAYDAY LOANS          UNSECURED      NOT FILED            .00          .00
VAN RU CREDIT             UNSECURED      NOT FILED            .00          .00
MIDWESTERN REGIONAL MEDI  UNSECURED        2391.50            .00       252.93
NATIONWIDE ACCEPTANCE     UNSECURED         775.64            .00        82.03
ILLINOIS STUDENT ASSIST   UNSECURED        4446.59            .00       470.25
```

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED       500.00           .00     33927.25         .00      34427.25
PRINCIPAL PAID           500.00           .00      3587.99         .00       4087.99
INTEREST PAID             18.37           .00           .00         .00         18.37
TOTAL PAID               518.37           .00      3587.99         .00       4106.36
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $    270.64 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/08/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 06 B 00171 STACEY R NORRIS